**RICK A. YARNALL**
**CHAPTER 13 BANKRUPTCY TRUSTEE**
**701 BRIDGER AVENUE SUITE 820**
**LAS VEGAS, NEVADA 89101**
**(702) 853-4500**

RECEIVED
AND [...]

OCT 13  1 22 PM '11

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | | |
|---|---|---|
| IN RE: | ) | BK-S-06-12492-MKN |
| JACKSON, JANET D. | ) | |
| | ) | |
| | ) | **NOTICE OF UNCLAIMED FUNDS** |
| | ) | |

TO:   Clerk, United States Bankruptcy Court

From: Rick A. Yarnall, Chapter 13 Bankruptcy Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| Claim# | Claimant & Address | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 8 | CASHCALL, INC.<br>17360 BROOKHURST ST.<br>FOUNTAIN VALLEY, CA  92708 | | $2242.76 |
| | Totals | | $2242.76 |

Date: _10/1/2011_         RICK A. YARNALL, TRUSTEE /s/
                          Rick A. Yarnall
                          Chapter 13 Bankruptcy Trustee

NOTE: Claims that are $25.00 or less go into CAS 106000.  Claims that are more than
      $25.00 go into CAS 613300.  The amounts that are to be deposited into the registry
      can be written on one check.

Reason:  Received check back from Post Office with yellow sticker on envelope with new address. Sent creditor a
         Change of Address Form. Sent to Unclaimed Funds as creditor did not respond to the Change of Address
         Form that was sent to them.

RECEIPT #204661    $2242.76